**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-07002 JAK (AGRx) | Date | July 17, 2013 |
|---|---|---|---|
| Title | Mary Suddeth v. Target Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On July 17, 2013, Defendant filed "Joint Notice of Settlement" (Dkt. 15). The Court sets an Order to Show Cause re Dismissal for September 9, 2013 at 1:30 p.m. If the parties file a dismissal by August 19, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The July 22, 2013 Final Pretrial Conference, August 2, 2013 Exhibit Conference, and August 6, 2013 Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer  ak