# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARY SUDDETH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 30, Inclusive,<br><br>　　　　Defendants. | CASE NO.  CV12-7002 JAK (AGRx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET STORES, A DIVISION OF TARGET CORPORATION**<br><br>JS-6 |

Pursuant to Rule 41(a)(1), the settlement reached by the parties and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

IT IS SO ORDERED

DATED:　　August 28, 2013

　　　　　　　　　　　　_____
　　　　　　　　　　　　U.S. District Judge John Kronstadt

Law Offices of Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP

Error! Main Document Only.